**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02400-REB-CBS

TUAN TRAN,

    Plaintiff,

v.

ROBERT CLAYTON,
TIM FANDRICH, and
SUNGARD,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#9][1] filed April 17, 2007.  Because petitioner is proceeding pro se, I have viewed his filings generously and with the leniency due a pro se litigant, see ***Erickson v. Pardus***, 551 U.S. 89 ___, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972)).

No objections having been filed to the recommendation, I review it only for plain error.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d

---

[1] "[#9]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1116, 1122 (10th Cir. 2005).[2]  Finding no error – let alone plain error – in the magistrate judge's recommendation for dismissal without prejudice, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#9] filed April 17, 2007, is **APPROVED AND ADOPTED** as an order of this court; and

2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated October 1, 2009, at Denver, Colorado.

                                      **BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2]  This standard pertains even though plaintiff is proceeding *pro* se in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.

2